ORDER FOR PAYMENT OF INTEREST ON OUTSTANDING MEDICALS PURSUANT TO G.S. 97-86.2 THIS MATTER
AND IT APPEARING to the undersigned that the plaintiff is entitled to said interest in that the defendants have appealed unsuccessfully an issue of outstanding medical expenses awarded by the Commission;
IT IS THEREFORE ORDERED that the defendants pay to plaintiff interest at the rate of 8% per annum on the amount of medical expenses which were at issue at the time of defendants' appeal to the North Carolina Court of Appeals, said interest to be computed from the time of the initial hearing in this matter.
 S/ ____________________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
S/ _______________________ COY M. VANCE COMMISSIONER
S/ _______________________ LAURA K. MAVRETIC COMMISSIONER